Dismissed and Memorandum Opinion filed December 23, 2004









Dismissed and Memorandum Opinion filed December 23,
2004.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-04-00977-CR

____________

 

NEIL OSBRONSE
FOLKES, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
174th District Court

 Harris County, Texas

Trial Court Cause No. 971,605

 



 

M E M O R A N D U M   O P I N I O N

Appellant was indicted for aggravated assault.  In accordance with the terms of a plea
bargain agreement with the State, the trial court sentenced appellant on
September 23, 2004, to confinement for two years in the Institutional Division
of the Texas Department of Criminal Justice. 
Appellant filed a pro se notice of appeal.  Because appellant has no right to appeal, we
dismiss.  








The trial court entered a certification of the defendant’s
right to appeal in which the court certified that this is a plea bargain case,
and the defendant has no right of appeal. 
See Tex. R. App. P. 25.2(a)(2).  The trial court’s certification is included
in the record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed December 23, 2004.

Panel consists of Justices Yates,
Edelman, and Guzman.

Do Not Publish — Tex. R. App. P. 47.2(b).